IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WENDE WEITZ,

       Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No.: 10-cv-493-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security

       Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security denying plaintiff Wende Weitz's application for disability insurance benefits is reversed and the case is remanded pursuant to sentence four of 42 U.S.C. § 405 (g) for a new five step determination. The decision is affirmed in all other respects.

_____
Peter Oppeneer, Clerk of Court

9/27/13
Date