IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WENDE WEITZ,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-493-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security
Administration,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act to Attorney David F. Traver in the amount of $10,251.75.

| s/V. Olmo. Deputy Clerk | 2/3/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |